UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | | |
|---|---|---|
| DANIEL LORENZO BOWIE, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | 2:26-cv-00302-SDN |
| | ) | |
| KNOX COUNTY JAIL et al., | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION**

On June 26, 2026, the Magistrate Judge recommended dismissing petitioner's habeas petition. ECF No. 2. The Magistrate Judge further recommended denying a certificate of appealability "because there is no substantial showing of the denial of a constitutional right within the meaning of 28 U.S.C. § 2253(c)(2)." *Id.* The Magistrate Judge notified the parties that failure to object would waive their right to de novo review and appeal. The time within which to file objections expired on July 10, 2026, and no objections have been filed, either before or after the deadline.

Notwithstanding the parties' waiver, I have reviewed and considered the Magistrate Judge's well-reasoned Recommended Decision in light of the entire record. I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision and determine that no further proceeding is necessary.

Therefore, the Court **AFFIRMS** and **ADOPTS** the Recommended Decision in its entirety. ECF No. 2. The petition for a writ of habeas corpus, ECF No. 1, is **DENIED**.

**SO ORDERED.**

Dated this 15th day of July, 2026.

2

/s/ Stacey D. Neumann
**UNITED STATES DISTRICT JUDGE**